*Rev. October 28, 2015*

# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## CONTINUED SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| **CR No:** 20-614-010KG | | **USA vs.:** LNU, ET AL | |
| **Date:** 3/7/2023 | | **Name of Deft:** DENNIS MERCER | |

**Before the Honorable:** KENNETH J. GONZALES, UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| **Time In/Out:** 1:32-1:54; 2:00-2:07 PM | **Total Time in Court (for JS10):** 29 MINUTES | |
| **Clerk:** ANNETTE NANEZ | **Court Reporter:** FATIMA SANCHEZ | |
| **AUSA:** MATTHEW RAMIREZ | **Defendant's Counsel:** LUKE RAGSDALE | |
| **Sentencing in:** LAS CRUCES | **Interpreter:** N/A | |

| | | | |
|---|---|---|---|
| **Probation Officer:** ELIZABETH CHAVEZ | **Sworn?** | Yes | No |
| **Convicted on:** | Plea / Verdict | **As to:** | Information / Indictment |
| **If Plea:** | Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | |
| **If Plea Agreement:** | Accepted / Not Accepted | No Plea Agreement | Comments: |
| **Date of Plea/Verdict:** | | **PSR:** | Not Disputed / Disputed |
| **PSR:** | Court Adopts PSR Findings | **Evidentiary Hearing:** | Not Needed / Needed |
| **Exceptions to PSR:** | | | |

## SENTENCE IMPOSED

Imprisonment (BOP):

Supervised Release:       Probation:

| 500-HOUR DRUG PROGRAM | BOP SEX OFFENDER PROGRAM | OTHER: |
|---|---|---|
| Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

## SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| No re-entry without legal authorization | Home confinement for ___ months ___ days |
| Comply with ICE laws and regulations | Community service for ___ months ___ days |
| Participate in/successfully complete subst abuse program/testing up to a maximum of 60 tests per year. | Reside halfway house ___ months ___ days |
| Participate in a mental health treatment program/and take all mental health medications prescribed | Register as sex offender |
| Refrain from use/possession of alcohol testing up to a maximum of 4 tests per day. | Participate in sex offender treatment program |
| Submit to search of person/property | Participate in an educational or vocational program |
| No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | No computer with access to online services |
| Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | Not possess, sell, offer for sale, transport, cause to affect interstate commerce, import, or export any drug paraphernalia |
| Provide financial information | No volunteering where children supervised |
| Grant limited waiver of confidentiality | Restricted from occupation with access to children |

**OTHER:**

| | |
|---|---|
| **Fine:** $ | **Restitution:** $ |
| **SPA:** $   ($100) as to each Count | **Payment Schedule:** Due Imm. / Waived |
| **OTHER:** | |

| | |
|---|---|
| Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement |
| Held in Custody | Voluntary Surrender |
| Recommended place(s) of incarceration: | |
| Dismissed Counts: | |

**OTHER COMMENTS:** COURT CONTINUES SENTENCING HEARING FOR A LATER DATE. COURT ADVISES COUNSEL TO FILE SENTENCING MEMO DEADLINE FOR DEFENSE IS MARCH 21ST.